| | | |
|---|---|---|
| ROGER N. POWELL, and<br>IRIS Q. POWELL, his wife<br>613 Sunspot Road<br>Reisterstown, MD 21136<br><br>Plaintiffs | * <br>*<br>*<br>*<br>* | IN THE<br><br><br>CIRCUIT COURT |
| vs.<br>BANK OF AMERICA, NA<br>100 North Tryon Street<br>Charlotte, NC 28255<br><br>SERVE ON:<br>Corporation Trust, Inc.<br>200 East Lombard Street<br>Baltimore, MD 21202<br><br>Defendant | *<br>*<br>*<br>*<br>*<br>*<br>* | FOR   WMN 05 CV 2607<br><br><br>BALTIMORE CITY<br><br><br>Case no: 24-C 05-7219 |

## COMPLAINT

Come now Roger N. Powell and Iris Powell, Plaintiffs, and sues Bank of America, NA, and for cause says:

### FACTS COMMON TO ALL COUNTS

1. The Plaintiffs have a consumer credit account whereby and in accordance therewith they are permitted to make purchases and receive cash advances using the said consumer credit account.

2. The Plaintiffs and the Defendant agreed on an interest rate for unpaid balances which the Plaintiffs are permitted to pay in incremental payments upon receipt of statements sent to them by the Defendant.

3. Disputes arose as between the parties regarding the amounts due and the rate of interest charged.

4. Thereupon, the Defendant initiated and engaged upon a series of ongoing practices regarding the disputed indebtedness, notwithstanding the disputed indebtedness.

## COUNT I
### Invasion of Privacy - Intrusion Upon Seclusion

5. Plaintiffs reaver the allegations contained in the Facts Common to All Counts as if here fully set out.

6. Your Plaintiffs are private parties.

7. Associated with the said account, there is a right of privacy.

8. Otherwise, the said account is as between the parties confidential.

9. Notwithstanding the state of and nature of the account, the Defendant invaded the Plaintiffs' privacy by their conduct, unreasonably intruding into the Plaintiffs' seclusion; to wit: by calling co-workers at the Plaintiffs' employment and by calling the Plaintiffs' neighbors and making false statements intended to injure the Plaintiffs, to invade Plaintiffs' private matters by publishing information about those matters to said third parties, causing substantial injury and damages to the Plaintiffs by such intrusion and invasion of their privacy and by statements made by the Defendant's representative and otherwise by engaging in a course of harassing conduct, all of which was intrusion into and violative of the Plaintiffs' rights of privacy causing substantial injuries to the Plaintiffs including to their reputations and their standing in the community.

WHEREFORE, your Plaintiff claim Two Hundred Thousand ($200,000.00) Dollars damages.

## COUNT II
### Invasion of Privacy - False Light

10. Plaintiffs reaver the allegations contained in the Facts Common to All Counts and in Count I as if here fully set out.

11. Your Plaintiffs are private parties.

12. Associated with the said account, there is a right of privacy.

13. Otherwise, the said account is as between the parties confidential.

14. Notwithstanding the state of and nature of the account, the Defendant invaded the Plaintiffs' privacy by their conduct, unreasonably intruding into the Plaintiffs' seclusion; to wit: by calling co-workers at the Plaintiffs' employment and by calling the Plaintiffs' neighbors and making false statements intended to injure the Plaintiffs, to invade Plaintiffs' private matters by publishing information about those matters to said third parties, causing substantial injury and damages to the Plaintiffs by such intrusion and invasion of their privacy and by statements made by the Defendant's representative and otherwise by engaging in a course of harassing conduct, all of which was intrusion into and violative of the Plaintiffs' rights of privacy causing substantial injuries to the Plaintiffs including to their reputations and their standing in the community.

15. Defendant communicated private information to third parties with reckless disregard as to the truthfulness of the said communication placing your Plaintiffs in a false light in such a manner as would be highly offensive to a reasonable person considering the facts and circumstances, and causing your Plaintiffs substantial harm, injury and damages to their reputations.

WHEREFORE, your Plaintiff claim Two Hundred Thousand ($200,000.00) Dollars damages.

### COUNT III
### Defamation

16. Plaintiffs reaver the allegations contained in the Facts Common to All Counts and in Counts I and II as if here fully set out.

17. For that the Plaintiffs aver that the Defendant defamed them by intentionally making false statements about them to third parties exposing your Plaintiffs to ridicule and damaging their reputations in the community with knowledge that the statements were false, and with the intent to cause the Plaintiffs humiliation, harm, injury and damage, with reckless disregard to the truth or otherwise with malice aforethought.

WHEREFORE, your Plaintiffs claim Two Hundred Thousand ($200,000.00) Dollars damages.

ROGER N. POWELL
107 Old Court Road
Baltimore, MD 21208
(410)653-0262
Attorney for Plaintiffs

Circuit Court for __Baltimore City__
                   City or County

05 AUG -1 AM 8:07

## CIVIL-NON-DOMESTIC CASE INFORMATION REPORT

**Directions:**
  Plaintiff: This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Judge of the Court of Appeals pursuant to Rule 2-111(a). A copy must be included for each defendant to be served.
  Defendant: You must file an Information Report as required by Rule 2-323(h).
  **THIS INFORMATION REPORT CANNOT BE ACCEPTED AS AN ANSWER OR RESPONSE.**

FORM FILED BY:  ☒ PLAINTIFF  ☐ DEFENDANT   CASE NUMBER: _____ (Clerk to insert)
CASE NAME: _Roger Powell, et al_ v _Bank of America NA_
                Plaintiff                    Defendant
JURY DEMAND:  ☐ Yes  ☐ No    Anticipated length of trial: ___ hours or ___ days
RELATED CASE PENDING?  ☐ Yes  ☒ No   If yes, Case #(s), if known: _____

Special Requirements?  ☐  Interpreter/communication impairment   Which language _____
(Attach Form 1-332 if Accommodation or Interpreter Needed)       Which dialect _____
                        ☐  ADA accommodation: _____

### NATURE OF ACTION (CHECK ONE BOX) | DAMAGES/RELIEF

**TORTS**
☐ Motor Tort
☐ Premises Liability
☐ Assault & Battery
☐ Product Liability
☐ Professional Malpractice
☐ Wrongful Death
☐ Business & Commercial
☒ Libel & Slander
☐ False Arrest/Imprisonment
☐ Nuisance
☐ Toxic Torts
☐ Fraud
☐ Malicious Prosecution
☐ Lead Paint
☐ Asbestos
☒ Other _INVASION PRIVACY_

**LABOR**
☐ Workers' Comp.
☐ Wrongful Discharge
☐ EEO
☐ Other _____

**CONTRACTS**
☐ Insurance
☐ Confessed Judgment
☐ Other _____

**REAL PROPERTY**
☐ Judicial Sale
☐ Condemnation
☐ Landlord Tenant
☐ Other _____

**OTHER**
☐ Civil Rights
☐ Environmental
☐ ADA
☐ Other _____

**A. TORTS**
Actual Damages
☐ Under $7,500           ☐ Medical Bills  $_____
☐ $7,500 - $50,000
☐ $50,000 - $100,000     ☐ Property Damages  $_____
☒ Over $100,000
                         ☐ Wage Loss  $_____

**B. CONTRACTS**
☐ Under $10,000
☐ $10,000 - $20,000
☐ Over $20,000

**C. NONMONETARY**
☐ Declaratory Judgment
☐ Injunction
☐ Other _____

### ALTERNATIVE DISPUTE RESOLUTION INFORMATION
Is this case appropriate for referral to an ADR process under Md. Rule 17-101? (Check all that apply)
  A. Mediation       ☒ Yes  ☐ No      C. Settlement Conference  ☒ Yes  ☐ No
  B. Arbitration     ☐ Yes  ☒ No      D. Neutral Evaluation     ☐ Yes  ☒ No

### TRACK REQUEST
With the exception of Baltimore County and Baltimore City, please fill in the estimated LENGTH OF TRIAL. THIS CASE WILL THEN BE TRACKED ACCORDINGLY.
  ☐ ½ day of trial or less      ☐ 3 days of trial time
  ☒ 1 day of trial time         ☒ More than 3 days of trial time
  ☐ 2 days of trial time

PLEASE SEE PAGE TWO OF THIS FORM FOR INSTRUCTIONS PERTAINING TO THE BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM AND ADDITIONAL INSTRUCTIONS IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE COUNTY, BALTIMORE CITY, OR PRINCE GEORGE'S COUNTY.

Date _7/21/05_   Signature _[signature]_